by the victim where the alleged rape was facilitated by the use of a weapon.

 It is generally accepted that a physician may give an opinion in a rape case when he relies on his background, experience and training. *State v. Schaefer*, 855 S.W.2d 504, 507 (Mo.App. E.D.1993). The physician's opinion testimony that it was not unusual to find no signs of trauma "in a situation of a gun being used during a rape." The testimony was before the jury prior to an untimely objection. Thereafter, the physician explained his answer, "[people are] going to comply if they're being threatened." The testimony did not invade the province of the jury. It made the ultimate determination that the victim had been raped at gunpoint based on the victim's testimony and DNA evidence. We have reviewed the briefs of the parties and the record on appeal and find that no error of law appears. An extended opinion would serve no jurisprudential purpose. We affirm the judgment pursuant to Rule 30.25(b).

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before: GARY M. GAERTNER, P.J, PAUL J. SIMON, J., and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

Charles Durley appeals the denial of his Rule 24.035 motion for post-conviction relief without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

**Charles DURLEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 76221.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 1, 2000.

S. Paige Canfield, Asst. Public Defender, St. Louis, for appellant.

**Billie Joe BOLLINGER, Appellant,**

v.

**Gretchen WARTMAN, Director, Division of Maternal, Child and Family Health, Respondent.**

**No. ED 76274.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 1, 2000.